UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASPER WASHINGTON,

    Plaintiff,

v.

RANDALL E. BRITTON, et al.,

    Defendants.

No. 09-MC-123

## ORDER

**AND NOW**, this 22 day of September, 2009, **IT IS HEREBY ORDERED** that plaintiff's independent action is **DISMISSED** and plaintiff's application for leave to proceed *in forma pauperis* is **DENIED**.

_____
Pollak, J.